# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **YARON LASRI,** | |
| Petitioner, | |
| vs. | Civil Action No. 1:22-cv-5103-JPB |
| **KARIN PERETS LASRI,** | |
| Respondent. | |

## JOINT STIPUATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action without prejudice.

| **Mindy R. Smith, P.C.** | **The Katz Law Firm – GA, LLC** |
|---|---|
| /s/ Mindy R. Smith | /s/ Stephen M. Katz |
| Mindy R. Smith | Stephen M. Katz |
| Georgia Bar No. 661707 | Georgia Bar No. 409065 |
| | |
| 750 Hammond Drive | 1225 Johnson Ferry Road |
| Building 15, Suite 300 | Building 100, Suite 125 |
| Atlanta, Georgia  30328 | Marietta, Georgia  30068 |
| Telephone: (770) 650-1095 | Telephone: (770) 988-8181 |
| mindy@mindysmithlawyer.com | Facsimile: (770) 988-8182 |
| Attorney for Petitioner | smkatz@katz.legal |
| | Attorney for Respondent |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **YARON LASRI,**<br><br>    Petitioner,<br><br>vs.<br><br>**KARIN PERETS LASRI,**<br><br>    Respondent. | Civil Action No. 1:22-cv-5103-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I filed the within and foregoing ***Joint Stipulation of Dismissal Without Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically transmit email notification of such filing to all attorneys of record as follows:

Stephen M. Katz, Esq.
The Katz Law Firm – GA, LLC
1225 Johnson Ferry Road
Building 100, Suite 125
Marietta, Georgia  30068
smkatz@katz.legal

This 23rd day of February, 2023.

              /s/ Mindy R. Smith
             Mindy R. Smith
             Georgia Bar No. 661707
             Attorney for Petitioner